REKA SCHECHTER, Appellant, *v.* KATE MEINKEN et al., as Executors of HENRY MEINKEN, Deceased, Respondents.

*Schechter* v. *Meinken,* 84 App. Div. 641, affirmed.
(Argued December 7, 1903; decided January 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 14, 1903, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term without a jury.

*William L. Mathot* and *Joseph Martin* for appellant.

*H. H. Glass* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN and CULLEN, JJ.   Absent: HAIGHT, J.